NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THERESA DURAN,**

*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**

*Respondent*

---

2024-1803

---

Petition for review of the Merit Systems Protection Board in No. DE-0752-16-0116-I-2.

---

## O R D E R

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

2                                                                    DURAN V. DOJ


ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT


April 28, 2025
Date

Jarrett B. Perlow
Clerk of Court